### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOAN NED-STHRAN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 3:08CV0072-K |
| METHODIST HOSPITALS OF DALLAS | § | |
| (d/b/a METHODIST HEALTH SYSTEM); | § | |
| MEDHEALTH; METHODIST | § | |
| TRANSPLANT PHYSICIANS;  PHYSICIAN | § | |
| ASSOCIATES OF SOUTHWEST DALLAS, | § | |
| JOHN F. LACY and TIMOTHY M. MEEKS, | § | |
| | § | |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc.No. 140).  Having reviewed the file, and otherwise being familiar with the case, the Court grants the parties' Joint Stipulation for Dismissal with Prejudice.

It is therefore **ORDERED** this case is dismissed **WITH PREJUDICE.**  Each party will bear its own attorneys' fees and costs.

SO ORDERED.

June 15th, 2009.


_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

Respectfully submitted,                          Respectfully submitted,


By:  */s/ David W. Dodge*                          */s/Ronald E. Manthey*
David W. Dodge                                     Ronald E. Manthey
Texas State Bar No. 24002000                       Texas Bar No. 12927400
David@DodgeFirm.com                                *Ron.Manthey@morganlewis.com*
**DAVID W. DODGE, P.C.**                           Ellen L. Perlioni
Regency Plaza                                      Texas Bar No. 00794155
3710 Rawlins Street, Suite 1600                    *Ellen.Perlioni@morganlewis.com*
Dallas, Texas 75219                                Daryl Robertson-Pritchard
Telephone: 972.523.3135                            Texas Bar No. 24061025
Facsimile: 214.741.4717                            daryl.pritchard@morganlewis.com

Michael C. Dodge                                   MORGAN, LEWIS & BOCKIUS LLP
Texas State Bar No. 05937000                       1717 Main Street, Suite 3200
miked@texasatty.com                                Dallas, TX  75201
**DODGE & ASSOCIATES, P.C.**                       Telephone:  214.466.4000
13355 Noel Road, L.B. 48                           Facsimile:  214.466.4001
Dallas, Texas 75240-1518
Telephone: 972.419.7172
Facsimile: 972.419.8329                            **ATTORNEYS FOR DEFENDANTS**


**Jonathan F. Winocour**
Texas State Bar No. 24037730
jwincour@winscar.com
**WINOCOUR | RAY**
9400 N. Central Expressway, Suite 1204
Dallas, Texas 75231
Telephone: 214.575.6060
Facsimile: 214.575.6220


Tisha L. Dodge
Texas State Bar No. 00797536
tishad@dodgelegal.com
**DODGE LEGAL GROUP, P.C.**
Regency Plaza
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
Telephone: 888.314.5141
Facsimile: 888.314.5171


**ATTORNEYS FOR PLAINTIFF**


**ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2**
DB1/63069986.1